**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SANDIE JACKSON,

        Plaintiff,

vs.                                      Case No. 3:18-cv-1024-J-32MCR

SMARTPAY LEASING, LLC,

        Defendant.

**ORDER**

This case is before the Court on defendant's motion to dismiss and compel arbitration (Doc. 8).  Plaintiff filed a response stating that she does not object to being compelled to arbitrate, but she requests that the Court stay the case pending arbitration (Doc. 10).  The Court will grant the motion to the extent that it will compel the parties to arbitrate but, instead of dismissing the case, the Court will stay it pending arbitration.  See 9 U.S.C. § 3 (permitting the Court to stay a suit pending arbitration when the issue involved is arbitrable); see also Epic Systems Corp. v. Lewis, 138 S.Ct. 1612, 1622 (2018) (referencing court's ability to stay a suit pending arbitration).

Accordingly, it is hereby

**ORDERED**:

Defendant's motion to dismiss and compel arbitration (Doc. 8) is **GRANTED** to the extent that the parties are compelled to arbitrate their claims in accordance with their Lease-Purchase Agreement.  The Clerk shall stay and administratively close this file. As appropriate, the parties will file papers after the conclusion of arbitration.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of October, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record